🖎 SEND

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | ☐ LA  ☐ RS  ☒ SA  ☐ UNDER SEAL<br>CASE NUMBER: **SA 06-237M**<br>☒ COMPLAINT  ☐ OUT OF DISTRICT AFFIDAVIT<br>☐ INDICTMENT  ☐ INFORMATION |
|---|---|
| v.<br><br>**TRAVIS MOCK**<br><br>DEFENDANT. | ☐ SUMMONS  ☐ EXTRADITION<br>☐ PSA/PO WARRANT<br>☐ SUPER FAST TRACK (Class B Misdemeanor)<br>FILED: **6/8/06**<br>VIOLATION: **18. 1029(a)(2)**<br><br>DATE: **6/8/06**  TIME: **2:00 PM**<br>TAPE NUMBER: **SA06-12** |

| PROCEEDINGS HELD BEFORE UNITED STATES<br>MAGISTRATE JUDGE **Nakazato** | CALENDAR/PROCEEDINGS SHEET<br>LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT: **Melissa Cash**   **Ivy Wang**   **NA**
           *Deputy Clerk*       *Assistant U.S. Attorney*       *Interpreter / Language*

☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
   ☒ preliminary hearing  OR  ☐ removal hearing / Rule 20.
☒ Defendant states true name ☒ is as charged  ☐ is _____
☒ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
☒ Attorney: **E. Macias** ☐ Retd. ☒ Apptd. ☐ Prev. Apptd. ☐ DFPD ☐ Panel ☐ Poss. Contribution
☐ Ordered (see separate order)  ☐ Special appearance by: **Specially appointed this date only**
☒ Government's request for detention is: ☐ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☒ CONTINUED
☐ Defendant is ordered: ☐ Permanently Detained  ☐ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case:  ☐ GRANTED  ☐ DENIED
☐ Preliminary Hearing waived.
☐ **SUPER FAST TRACK**  ☐ Defendant is advised of maximum penalties.
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of further proceedings.
☐ **PO/PSA WARRANT**  ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
☒ Preliminary Hearing set for **June 22, 2006** at 4:30 PM **Dates are tentatively set; parties will be notified of any change**
☒ Post-Indictment Arraignment set for: **June 26, 2006** at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only:  ☐ GRANTED  ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED  ☐ DENIED
☐ Defendant executed Waiver of Rights.  ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
    ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
    ☐ Warrant of removal and final commitment to issue.  ☐ Warrant of removal and final commitment are ordered stayed until _____
☒ Case continued to (Date) **June 9, 2006** (Time) **2:00**  ☐ AM / ☒ PM
   Type of Hearing: **Detention Hearing** Before Judge **Nakazato** /Duty Magistrate Judge.
☒ Proceedings will be held in the ☐ Duty Courtroom / ☒ Judge's Courtroom **6B**
☒ **Pending further hearing**
☒ Defendant committed to the custody of the U.S. Marshal  ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
RELEASE ORDER NO: _____
☒ Other: **Deft intends to have retained counsel and requests to continue detention hrg.**

☐ PSA  ☐ FINANCIAL  ☐ READY

cc: AUSA, Defendant's counsel
    ☐ PSALA, ☒ PSASA, ☐ PSAED, ☐ USPO

DOCKETED ON CM     Deputy Clerk Initials **MC**
JUN 13 2006

ORIGINAL-WHITE COPY   PINK- PIA CLERK   YELLOW - STATS   GREEN - CRD