# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 8:06CR123     Recorder: CS 6/26/06     Date: 06/26/2006

Present: The Honorable Frederick F. Mumm, U.S. Magistrate Judge

Court Clerk: Maria Cortez     Assistant U.S. Attorney: Tim Searight & Brian Hofstadt

| United States of America v. | Attorney Present for Defendant | Language | Interpreter |
|---|---|---|---|
| TRAVIS MOCK<br>Custody - Present | Michael Garcia, S/A for Michael Schaffler<br>DFPD | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment, acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts of the Indictment.

Court orders this case assigned to the calendar of U.S. District Judge R. Gary Klausner for/and further orders jury trial set for August 15, 2006 at 9:00 am. Defendant and his/her counsel are ordered to appear before said judge at the date and time indicated.

Court orders notice to counsel and discovery and inspection order issued.

Other:

0 : 3.5
Initials of mc
Deputy
Clerk:

cc: PSA, Statistics Clerk, USM LA


