Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: __SA CR 06-123-RGK__  Date: __October 5, 2006__

Present: The Honorable __R. GARY KLAUSNER__, ☑ District Judge / ☐ Magistrate Judge

| Sharon L. Williams | Lynne Smith | None | John Lee |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter / Tape No.* | *Interpreter* | *Assistant U.S. Attorney* |

**USA v. DEFENDANT(S) PRESENT**

TRAVIS MOCK
☑ Custody  ☐ Bond  ☐ O/R

☐ Custody  ☐ Bond  ☐ O/R

☐ Custody  ☐ Bond  ☐ O/R

☐ Custody  ☐ Bond  ☐ O/R

☐ Custody  ☐ Bond  ☐ O/R

**ATTORNEYS PRESENT FOR DEFENDANTS**

Michael Schafler, DFPD
☑ Appointed  ☐ Retained

☐ Appointed  ☐ Retained

☐ Appointed  ☐ Retained

☐ Appointed  ☐ Retained

☐ Appointed  ☐ Retained

**PROCEEDINGS: CHANGE OF PLEA**

☑ Defendant moves to change plea to the Indictment.
☑ Defendant now enters a new and different plea of Guilty to Counts __One__ of the Indictment/Information.

☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered
☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to __January 8, 2007 at 1:30 p.m.__ for sentencing.
☑ The Court vacates the court and/or jury trial date.
☐ Court orders:

☐ Other:

DOCKETED ON CM
OCT 10 2006
BY ___ 171

: 15

Initials of Deputy Clerk

cc: *Probation Office*

CR-8 (09/06)  CRIMINAL MINUTES - CHANGE OF PLEA