# EXHIBIT A

Your Honor,
     Let me first begin
by apologizing to the
people that are involved
in this case, the
courts, my family,
and to the people in
this world who care so
deeply about me. I've
taken for granted many
people and many things
in my life. I've
stolen love, trust,
peace of mind from my
family, caused many
sleepless nights among
them, stolen the sense
of self and security of
those involved in this
matter and freedom,
pride, and self-esteem
from my very own person.
I have fallen once again
in my life and find
myself at an all important
crossroad. I no longer
want to continue on the
road i'm on nor be the

root of the insanity that lies on it. I'm too young, have too much ahead of me, and much too tired of this lifestyle to let it continue, this chaos, in my life any longer. I've taken the initiative to pursue a new life of change by taking advantage of the oppurtunities while I have been in jail through the educational and life skills classes offered to me. I only wish that I had found them sooner. I am talking my problems and issues over with a counselor and I have been utilizing the Substance Abuse Program to begin the process of living a clean and sober life. I know change can only happen if I truely want it

and with every passing day I feel myself yearning for change more and more. Someone once told me that failing is not in falling down but in staying down. I do not wish to remain down and only ask for the mercy and support of the court to continue in my recovery. I know that some consequences of my actions will follow me the rest of my life but with ongoing education, close proximity to my family and the desire to change, my life will have new meaning and purpose.

# EXHIBIT B

12 December 2006

To Whom It May Concern,
Re: Travis Mock

Travis Mock is currently enrolled in the continuing education program, through the Santa Ana Community College, at the Santa Ana Jail,
During the fall semester Mr. Mock was enrolled in, and successfully completed, all course requirements for Sociology 112, Portrait of a Family.
Mr. Mock received an A and earned 3 college credits for his work.

Michael K. Cooke
Instructor, Santa Ana College, Santa Ana, California
Santa Ana Jail Facility

714-245-8100

# EXHIBIT C



SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

*Certificate of Completion*

This is to certify that

*Travis Mock*

has completed the college credit class in

**Sociology 112**
*Portrait of a Family*

December 12, 2006
Date

Instructor

# EXHIBIT D

# SANTA ANA COLLEGE
## SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Participation

This is to certify that

*Travis Mack*

has participated in a course of instruction in

# A Framework for Recovery

-30 HOURS-

*Pat Coyle*
Instructor

November 13, 2006
Date

*Nancy Brooks*
Dean of Instruction and Student Services
School of Continuing Education

# EXHIBIT E



# SANTA ANA COLLEGE
## SCHOOL OF CONTINUING EDUCATION
### RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Participation

This is to certify that

*Travis Mock*

has completed ___8___ classes on instruction in

*Positive Life Attitudes ~ Substance Abuse*

Instructor
Mr. Luis Martinez

November 6, 2006
Date

Dean of Instruction and Student Services
School of Continuing Education