F ID # 1783378

# UNITED STATES PROBATION OFFICE
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | SACR06-000123-RGK |
| vs. | | |
| TRAVIS MOCK | | **WARRANT FOR ARREST** |
| | Defendant(s) | |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest TRAVIS MOCK and bring him/her forthwith to the nearest Magistrate Judge to answer to a(n): ☐ Complaint  ☒ Indictment  ☐ Information  ☐ Order of Court  ☒ Violation Petition  ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title 18 United States Code, Section(s) 3583(e)(3)

FILED 2009 OCT 5 AM 11:09 CLERK U.S. DISTRICT COURT SANTA ANA CALIF.

| Terri Nafisi | | 9-17-09   Los Angeles |
|---|---|---|
| NAME OF ISSUING OFFICER | | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | | |
| TITLE OF ISSUING OFFICER | | BY: R. Gary Klausner |
| J. English | | |
| SIGNATURE OF DEPUTY CLERK | | NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| 10-1-09 | Butt |
|---|---|
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| 10-5-09 | Deputy |
| DATE OF ARREST | TITLE |
| | (signature) |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**