JS - 3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. SA CR 06-00123-RGK |
| ) | |
| Plaintiff, ) | |
| ) | JUDGMENT AND COMMITMENT ORDER |
| v. ) | FOLLOWING REVOCATION OF |
| ) | SUPERVISED RELEASE |
| TRAVIS MOCK, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On October 23, 2009, the matter came on for Revocation of Supervised Release. Appearing on behalf of the Defendant was Deputy Federal Public Defender Michael Schafler, and appearing on behalf of the Government were Assistant United States Attorneys Ami Sheth and Rob Villeza . Also present was United States Probation Officer Terry Ginsburg. After having been advised of Allegations One through Eleven contained in the Petition on Probation and Supervised Release filed on September 17, 2009, defendant admitted to the truthfulness of Allegations Three, Four, Five, Six, Seven, Eight, Nine, Ten and Eleven. Allegations One and Two were withdrawn by the government. The Court found the Defendant to have violated the terms and conditions of Supervised Release as set forth in the Judgment and Commitment Order filed in the United States District Court, Central District, at Los Angeles, California on January 8, 2007.

The Court ORDERS Supervised Release revoked and proceeds with sentencing.

1    It is ordered that the defendant is hereby committed to the custody of the Bureau of Prisons
2 for a period of THIRTEEN (13) MONTHS.  Upon release from imprisonment, no supervision shall
3 follow.
4    The Court recommends that the defendant be designated to a Bureau of Prisons facility in
5 Southern California.

8 Dated:  November 4, 2009

   R. GARY KLAUSNER
   United States District Judge

11 FILED:  November 5, 2009
12 TERRY NAFISI, CLERK

14 by:         /s/
           Sharon L. Williams
15         Deputy Clerk